# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

OAK HARBOR INVESTMENT
PROPERTIES, L.L.C.                                             CIVIL ACTION

VERSUS                                                         20-844-SDD-RLB

SEDONA CORPORATION

## RULING

This matter is before the Court on the *Motion for Summary Judgment*[1] filed by Plaintiff, Oak Harbor Investment Properties, L.L.C. ("Oak Harbor"). Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion. Despite this rule, Defendant Sedona Corporation ("Sedona") has failed to timely oppose this motion, which was electronically filed on March 12, 2021. Under the Federal Rules of Civil Procedure and the Local Rules of Court, Sedona was required to file an opposition no later than April 2, 2021. Therefore, the pending motion is deemed to be unopposed and further, after reviewing the record, the Court finds that the *Motion* has merit, particularly because Oak Harbor's *Statement of Undisputed Facts*[2] is uncontroverted, and the summary judgment evidence submitted supports Oak Harbor's arguments.

---

[1] Rec. Doc. No. 15.
[2] Rec. Doc. No. 15-8.
66969

Accordingly, **IT IS HEREBY ORDERED** that Oak Harbor's *Motion for Summary Judgment*[3] is GRANTED.

Any response to this *Ruling*, <u>which should explain the Defendant's failure to comply with the Court's deadlines</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days <u>and</u> must be accompanied by an opposition memorandum to the original *Motion*.

Signed in Baton Rouge, Louisiana the 28th day of April, 2021.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] Rec. Doc. No. 15.
66969